

**ATTORNEY GENERAL OF TEXAS**

GREG ABBOTT

United States District Court
Southern District of Texas
FILED

MAY 0 1 2007

Michael N. Milby, Clerk

April 27, 2007

3 VOLS

**VIA REGULAR MAIL**

Clerk, United States District Court
Southern District of Texas
Houston Division
PO Box 61010
Houston, TX 77208

Re:   *Milton Wuzael Mathis v. Nathaniel Quarterman*
      Case No. H-07-CV-1142

Dear Clerk:

Enclosed please find the **state records** in the above-referenced cause. Although the movant has the burden of providing the record to the Court, in an abundance of caution, the Attorney General's Office is providing herewith a complete record of the state habeas court proceeding pertinent to this cause of action.

Please indicate the date of filing on the enclosed copy of this letter and return it to me in the enclosed postpaid addressed envelope. Thank you for your kind assistance in this matter.

Yours truly,

*Laura G. Berins*

LAURA G. BERINS
Assistant Attorney General
Postconviction Litigation Division
(512) 936-1400

LGB/ga
Enclosures



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

Records from another jurisdiction were received and will be maintained in paper by the Clerk.

✓ _____  State Court Records

_____  Administrative Record from Social Security Administration

_____  Administrative Record from _____

_____  Other records: _____

These records are maintained in __3__ Volumes.

Case Number __H 07-CV-1142__